# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| _____ | ) | |
| In re: | ) | |
| | ) | |
| FRANKLIN EQUIPMENT COMPANY, | ) | |
| | ) | Case No. 08-74473-SCS |
| *Debtor*. | ) | |
| _____) | | |
| | ) | |
| ROGER DRAKE, | ) | |
| RANDY DRAKE, | ) | |
| WILSON DRAKE, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Chapter 7 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANKLIN EQUIPMENT COMPANY, | ) | |
| CAROLYN L. CAMARDO, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| *Defendants*. | ) | |
| _____) | | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY
AND ORDERING ABANDONMENT OF PROPERTY**

For the reasons stated in the Memorandum Opinion issued in the above-captioned matter on

September 14, 2009, the Court ORDERS that the Motion for Relief from the Automatic Stay, filed

on May 13, 2009, by Roger Drake, Randy Drake, and Wilson Drake against the Debtor and the

Chapter 7 Trustee, Carolyn L. Camardo, is GRANTED.

The Court further ORDERS the Chapter 7 Trustee to abandon her interest in the real property

located at 33551 Carver Road, Franklin, Virginia, and in the machinery, equipment, and other

tangible personal property located at the real property located at 33551 Carver Road, Franklin,

Virginia, as shown on the Debtor's Schedule B, as amended on May 5, 2009.

The Clerk is ORDERED to forward a copy of this Order to Ross C. Reeves, counsel for

Roger Drake, Randy Drake, and Wilson Drake; Harry W. Jernigan, III, counsel for the Chapter 7

Trustee; Carolyn L. Camardo, Chapter 7 Trustee; Douglas M. Foley, counsel for the Debtor; and to

Debera F. Conlon, Assistant United States Trustee.

**Entered this 14th day of September, 2009, at Norfolk, in the Eastern District of**

**Virginia.**

STEPHEN C. ST. JOHN
United States Bankruptcy Judge